# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:  November 9, 2009
Court Reporter:    Paul Zuckerman
Probation Officer: Laura Ansart

Criminal Action No. 08-cr-00414-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   David Conner

    Plaintiff,

v.

LAMONT DANELL FORD,                         Ronald Aal

    Defendant.

_____

## SENTENCING MINUTES
_____

**8:41 a.m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on August 21, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

The Government orally moves to have the Amended Motion for Downward Departure (**Doc. #39**) replace Motion for Downward Departure (**Doc. #38**).  No objection from defendant.

**ORDER:**     Motion for Downward Departure (**Doc. #38**) is **DENIED as moot.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #39**).  Argument by Mr. Conner.  The defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Sentencing Minutes  
Judge Marcia S. Krieger  
Page 2

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Amended Motion for Departure (**Doc. #39**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:23 a.m.** **Court in recess.**

Total Time: 42 minutes.  
Hearing concluded.